**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE ZIMMERMAN**


CRIMINAL MINUTE ORDER

Case Number: **3-07-70312** EDL (BZ)    Date:    June **1, 2007**

Time: 1:15 P.M.

United States of America    v.    Edward Kang

Court Reporter/Tape No., Side, Reel No: TC **01-07**


Attorneys: Drew Caputo, AUSA for Plaintiff and Geoffrey Hansen, AFPD for Defendant.

Deputy Clerk: Rose Maher

**PROCEEDINGS**

The court directed the parties to file by noon on Monday, June **4, 2007** citations to any authority on the proposition of whether a defendant could challenge a probable cause finding made when the complaint was filed by a subsequent motion as opposed to waiting for the preliminary hearing. The court ruled that the duty judge would decide whether such a motion was proper. If it was proper, the motion would be heard by Judge Laporte. The court also suggested the parties consider resolving this dispute by having an earlier preliminary hearing.


Order to be prepared by:    (   )Pltf    (   )Deft    (   )Court

ORDERED AFTER HEARING: