UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>EDWARD KANG,<br><br>        Defendant(s). | No. 3-07-70312 EDL (BZ)<br><br>**CLERK'S NOTICE REGARDING TENTATIVE RULING ON DEFENDANT'S MOTION TO DISMISS** |

    Attached to this Clerk's Notice is a Draft Order representing a tentative ruling on defendant's Motion To Dismiss. The **June 7, 2007** hearing remains on calendar.

Dated: June 6, 2007

*Rose Maher*
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\CRIMINAL\ORDERS\ORDERS.07\CLERKSTENTATIVERULING.NOT.wpd

1