| DOCUMENTS UNDER SEAL ☐ | | | | | DOCUMENT NUMBER: | | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Lashanda Scott | | | REPORTER/FTR 11:29-11:49, 12:05-12:42 | | | |
| MAGISTRATE JUDGE Bernard Zimmerman | | DATE June 7, 2007 | | | | | NEW CASE ☐ | CASE NUMBER 3-07-70312 EDL |

**APPEARANCES**

| DEFENDANT Edward Kang | | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Geoffrey Hansen | | PD. ☐  RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|---|---|
| U.S. ATTORNEY Andrew Caputo | | INTERPRETER | | | FIN. AFFT ☐ SUBMITTED | | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Betty Kim | | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | | PARTIAL PAYMENT ☐ OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD   TYPE NH IN TIME FIELD)**

| ☐ INITIAL APPEAR time | ☐ PRELIM HRG time | ☒ MOTION time 15 min | ☐ JUGM'T & SENTG time | ☐ STATUS time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL time | ☐ ARRAIGNMENT time | ☐ BOND SIGNING time | ☐ IA REV PROB or S/R time | ☐ BAIL REVIEW time |
| ☒ DETENTION HRG time 42 min | ☐ ID/REMOVAL HRG time | ☐ CHANGE PLEA time | ☐ PROB. REVOC. time | ☐ SUP REL HRG time |

*FILED JUL 7 2007 CLERK RICHARD W... NORTHERN, U.S. DIST... YORK DISTRICT OF CALIFORNIA COURT*

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 100,000.00 | SPECIAL NOTES | ☒ PASSPORT SURRENDERED DATE 6/8/2007 |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH  $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☒ 6266 Civic Terrace, #B,Newark, California | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: 06/14/2007 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. BZ | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

**ADDITIONAL PROCEEDINGS**

AUSA offer proffer. Defense offer proffer. Defendant's Motion to Dismiss - Under Submission. Posting of Property deferred until July 9, 2007. Defendant will reside at Cornell Corrections Facility.
6/29/2007 at 9:30 a.m. before Judge Zimmerman for review of Pretrial Release Conditions.

cc: BZ, Pretrial