SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Fax: (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> FREDERICK LIM JOHNSON and <br> EDWARD SANG KANG, <br>     Defendants. | No. 3-07-70312 EDL (BZ) <br><br> NOTICE OF DISMISSAL |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the complaint in the above case and moves the Court to exonerate the bond applicable to Mr. Kang.

                                        Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

DATED: June 12, 2007                _____/s/_____
                                        ANDREW P. CAPUTO
                                        Assistant United States Attorney

NOTICE OF DISMISSAL
3-07-70312 EDL (BZ)

1
2     Leave is granted to the government to dismiss the complaint. It is further ordered that the
3  appearance bond applicable to Mr. Kang is hereby exonerated.
4
5
6  DATED: _____        _____
                                      BERNARD ZIMMERMAN
7                                     United States Magistrate Judge

NOTICE OF DISMISSAL
3-07-70312 EDL (BZ)