1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2  MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CABN 203655)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7004
7      Fax: (415) 436-7234
       Email: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )    No. 3-07-70312 EDL (BZ)
                                    )
14      Plaintiff,                  )
                                    )    NOTICE OF DISMISSAL
15      v.                          )
                                    )
16 FREDERICK LIM JOHNSON and        )
   EDWARD SANG KANG,                )
17                                  )
        Defendants.                 )
18 _____ )

19

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21 United States Attorney for the Northern District of California dismisses without prejudice the

22 complaint in the above case and moves the Court to exonerate the bond applicable to Mr. Kang.

23

24                                      Respectfully submitted,

25                                      SCOTT N. SCHOOLS
                                        United States Attorney
26

27 DATED: June 12, 2007               _____/s/_____
                                      ANDREW P. CAPUTO
28                                    Assistant United States Attorney

NOTICE OF DISMISSAL
3-07-70312 EDL (BZ)

1
2    Leave is granted to the government to dismiss the complaint. It is further ordered that the
3    appearance bond applicable to Mr. Kang is hereby exonerated.
4
5
6    DATED: __June 13, 2007__                    _____
7                                                BERNARD ZIMMERMAN
                                                 United States Magistrate Judge
8



NOTICE OF DISMISSAL
3-07-70312 EDL (BZ)